Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
### for the

_____ District of _____

_____ Division

United States Courts
Southern District of Texas
F I L E D

MAR 1 2 2020

David J. Bradley, Clerk of Court

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Greyorym-BrookS II
_____

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Bob CASEY u·S DisTricT CourT
_____

Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. **4:20-cv-1000**
(to be filled in by the Clerk's Office)

ATT:
(Lee H. RosenThal )

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to
electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social
security number or full birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of an individual's
birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any
other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in
forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I.   **The Parties to This Complaint**

A.   **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Gregory W. Brooks II |
| All other names by which you have been known: | GregBrooks = (Greg Brooks) |
| ID Number | 02753347 |
| Current Institution | Harris Conty Jail |
| Address | 1200 Baker ST |
| | Houston          TX          77002 |
| | City          State          Zip Code |

B.   **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Bob Casey U.S District Court House |
| Job or Title (if known) | Court house - Civil Suits" |
| Shield Number | N/A |
| Employer | Hnited States |
| Address | 515 Rusk Avenue |
| | Houston          TX          77002 |
| | City          State          Zip Code |

[✓] Individual capacity   [✓] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | (Harris County Jail) ("1200") |
| Job or Title (if known) | County Jail |
| Shield Number | N/A |
| Employer | Harris County |
| Address | 1200 Baker ST |
| | Houston          TX          77002 |
| | City          State          Zip Code |

[✓] Individual capacity   [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**Defendant No. 3**

    Name                 *Harris county Jail = (701)*

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

                         *Houston*         *TX*         *77002*
                             *City*            *State*         *Zip Code*

    [✓] Individual capacity    [✓] Official capacity

**Defendant No. 4**

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

                          *City*            *State*         *Zip Code*

    [ ] Individual capacity    [ ] Official capacity

**II.**    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

    **A.**    Are you bringing suit against *(check all that apply)*:

        [ ] Federal officials (a *Bivens* claim)

        [✓] State or local officials (a § 1983 claim)

    **B.**    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

         ● Art. 17.151 Release Because of Delay (48 hour Law + 24 hour Law on Court!)

         ● 8th Amendment = Bail! (Art. 1.04 Due Course of Law!)

  (Tex const=) Art. 1.14, Art. 1.011, Art. 1.011a, Art. 1.13 excessive Bail + 36.06 Penalcode

    **C.**    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

         *N/A*

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

o See Attachment Letter!, (Art. 1.18 Due Course of Law)

o Tex const. = Art. 1.13, Art. 1.11, Art.1.11a, Art. 17.151, + 36.06 penal code

o Obstruction of Justice Via the Courts

o Violation of Due Process + more!,

III.   **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [✓] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

IV.   **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

( Houston!, )

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

( Harris County Jail + U.S District Court!, )

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.   What date and approximate time did the events giving rise to your claim(s) occur?



○ Jan, 20th + Jan, 21st = 2018

Court Cases ○ July 16, 2018, May 7, 2018, April 23, 2018

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

(See Attachment)

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.



(See Attachment)

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.



(See Attachment)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Harris county Jail

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

(Denial of court Date'')

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

_N/A_

2.    What did you claim in your grievance?

_N/A_

3.    What was the result, if any?

_N/A_

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

_N/A_

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

_I ASKed for a Sargent About This MaTTer !!_

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_A Sargent in Building (701)_

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_I was Told That is over his head + That I would have To Deal with The CourTs !!_

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☑ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_See ATTacHMenTs_

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s)  Gregory W. Brooks

   Defendant(s)  Harris county Jail

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Bob CASEY U.S District court

3. Docket or index number

   H-18-7076

4. Name of Judge assigned to your case

   N/A

5. Approximate date of filing lawsuit

   N/A

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition.  July 16, 2018

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Dismissed as malisious!!

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

( yes!!? )

☑ Yes

☐ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)  Gregory w. Brooks II

Defendant(s)  Harris county Jail

2.   Court *(if federal court, name the district; if state court, name the county and State)*

Bob Casey court house

3.   Docket or index number

H-18-1408

4.   Name of Judge assigned to your case

N/A

5.   Approximate date of filing lawsuit

N/A

6.   Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition  May 7, 2018

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

(Dismissed as Malisious)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   _March, 9, 2020_

Signature of Plaintiff   _[signature]_
Printed Name of Plaintiff   _Gregory W. Brooks II_
Prison Identification #   _02753347_
Prison Address   _1200 Baker St_
_Houston_           _TX_      _77002_
                City              State      Zip Code

### B.   For Attorneys

Date of signing:   _____   _(Please Provide an Attorney?)_

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Address   _____
_____
                City              State      Zip Code

Telephone Number   _____
E-mail Address   _____

This is for the CASES I filled About Legal Mail + More

2/14/2020

CiViL SuiTs

(Please file)

## INMATE GRIEVANCE BOARD

# GRIEVANCE RECEIPT

**TO: INMATE** BROOKS          GREGORY WADE

**SPN#** 2753347                    Cell Block: **5D1B01M**

This is your notification, as required by the Texas Commission on Jail Standards
that your grievance was received on *2/13/2020*   and filed as grievance # *31522*
This grievance is in reference to    1200 HOUSING DIVISION/1200 JA

**At this time, your grievance is under investigation.**

**Please do not file any further grievances in reference to this matter.**

Legal Mail

| Grievance Board Member   TAGBOGUN | 2/13/2020 |
|---|---|

*INMATE GRIEVANCE BOARD*

# GRIEVANCE RECEIPT

TO: INMATE  BROOKS          GREGORY WADE

SPN# 2753347                                    Cell Block:  5D1B01M

This is your notification, as required by the Texas Commission on Jail Standards
that your grievance was received on *2/13/2020*   and filed as grievance # *31521*
This grievance is in reference to    1200 HOUSING DIVISION/1200 JA

**At this time, your grievance is under investigation.**
**Please do not file any further grievances in reference to**
**this matter.**

Legal mail

Grievance Board Member    TAGBOGUN                    2/13/2020

*INMATE GRIEVANCE BOARD*

# GRIEVANCE RECEIPT

TO: INMATE BROOKS              GREGORY WADE

SPN# 2753347                              Cell Block: 5D1B01M

This is your notification, as required by the Texas Commission on Jail Standards
that your grievance was received on *2/10/2020*   and filed as grievance # *31480*
This grievance is in reference to    1200 HOUSING DIVISION/1200 JA

**At this time, your grievance is under investigation.**
**Please do not file any further grievances in reference to**
**this matter.**

Grievance Board Member    BDSHELTON                    2/10/2020

*INMATE GRIEVANCE BOARD*

# GRIEVANCE RECEIPT

**TO: INMATE** BROOKS          GREGORY WADE

**SPN#** 2753347                              **Cell Block:** **5D1B01M**

This is your notification, as required by the Texas Commission on Jail Standards
that your grievance was received on *2/7/2020*     and filed as grievance # *31437*
This grievance is in reference to    ADMIN SERVICES DIVISION

**At this time, your grievance is under investigation.**

**Please do not file any further grievances in reference to
this matter.**

**Grievance Board Member    TAGBOGUN**                    **2/7/2020**

*Denial of Medical*

### *INMATE GRIEVANCE BOARD*

# GRIEVANCE RECEIPT

**TO: INMATE** BROOKS          GREGORY WADE

**SPN#** 2753347                          Cell Block:  **5D1B01M**

This is your notification, as required by the Texas Commission on Jail Standards
that your grievance was received on *2/7/2020*   and filed as grievance # *31439*
This grievance is in reference to    MENTAL HEALTH SERVICES

**At this time, your grievance is under investigation.**
**Please do not file any further grievances in reference to**
**this matter.**

| Grievance Board Member   TAGBOGUN | 2/7/2020 |

*INMATE GRIEVANCE BOARD*

# GRIEVANCE RECEIPT

**TO: INMATE** BROOKS          GREGORY WADE

**SPN#** 2753347                    **Cell Block:** 5D1B01M

This is your notification, as required by the Texas Commission on Jail Standards
that your grievance was received on *2/7/2020*     and filed as grievance # *31438*
This grievance is in reference to    ADMIN SERVICES DIVISION

**At this time, your grievance is under investigation.**

**Please do not file any further grievances in reference to**
**this matter.**

**Grievance Board Member    TAGBOGUN**                    **2/7/2020**

*INMATE GRIEVANCE BOARD*

# GRIEVANCE RECEIPT

TO: **INMATE** BROOKS          GREGORY WADE

SPN# 2753347                          Cell Block: **5D1B01M**

This is your notification, as required by the Texas Commission on Jail Standards
that your grievance was received on *2/7/2020*    and filed as grievance # *31436*
This grievance is in reference to    ADMIN SERVICES DIVISION

**At this time, your grievance is under investigation.**

**Please do not file any further grievances in reference to**
**this matter.**

Grievance Board Member   TAGBOGUN                          2/7/2020

*INMATE GRIEVANCE BOARD*

# GRIEVANCE RECEIPT

**TO: INMATE** BROOKS        **GREGORY WADE**

**SPN#** 2753347                        **Cell Block:** **5D1B01M**

This is your notification, as required by the Texas Commission on Jail Standards
that your grievance was received on *2/7/2020*    and filed as grievance # *31435*
This grievance is in reference to    ADMIN SERVICES DIVISION

**At this time, your grievance is under investigation.**

**Please do not file any further grievances in reference to**

**this matter.**

**Grievance Board Member    TAGBOGUN**                        **2/7/2020**

*INMATE GRIEVANCE BOARD*

# GRIEVANCE RECEIPT

**TO: INMATE BROOKS     GREGORY WADE**

**SPN# 2753347**                          **Cell Block: 5D1B01M**

This is your notification, as required by the Texas Commission on Jail Standards

that your grievance was received on *2/7/2020*     and filed as grievance # *31434*

This grievance is in reference to    ADMIN SERVICES DIVISION

**At this time, your grievance is under investigation.**

**Please do not file any further grievances in reference to**

**this matter.**

| Grievance Board Member   TAGBOGUN | 2/7/2020 |
|---|---|

*INMATE GRIEVANCE BOARD*

# GRIEVANCE RECEIPT

**TO: INMATE** BROOKS        **GREGORY WADE**

**SPN#** 2753347                **Cell Block:** **5D1B01M**

This is your notification, as required by the Texas Commission on Jail Standards that your grievance was received on *2/7/2020*   and filed as grievance # *31433* This grievance is in reference to   ADMIN SERVICES DIVISION

**At this time, your grievance is under investigation.**

**Please do not file any further grievances in reference to this matter.**

**Grievance Board Member**   TAGBOGUN             2/7/2020

*INMATE GRIEVANCE BOARD*

# GRIEVANCE RECEIPT

**TO: INMATE BROOKS GREGORY WADE**

**SPN# 2753347**      **Cell Block: 5D1B01M**

This is your notification, as required by the Texas Commission on Jail Standards that your grievance was received on *2/7/2020* and filed as grievance # *31440* This grievance is in reference to 1200 HOUSING DIVISION/1200 JA

**At this time, your grievance is under investigation. Please do not file any further grievances in reference to this matter.**

**Grievance Board Member TAGBOGUN**      **2/7/2020**

(Denial of Medical)

## *INMATE GRIEVANCE BOARD*

# GRIEVANCE RECEIPT

**TO: INMATE** BROOKS          **GREGORY WADE**

**SPN# 2753347**                              **Cell Block:** **5D1B01M**

This is your notification, as required by the Texas Commission on Jail Standards
that your grievance was received on *2/4/2020*     and filed as grievance # *31398*
This grievance is in reference to     MEDICAL SERVICES

**At this time, your grievance is under investigation.**

**Please do not file any further grievances in reference to
this matter.**

| **Grievance Board Member**   **BDSHELTON** | **2/4/2020** |

*INMATE GRIEVANCE BOARD*

# GRIEVANCE RECEIPT

TO: INMATE  BROOKS          GREGORY WADE

SPN# 2753347                              Cell Block:  5D1B01M

This is your notification, as required by the Texas Commission on Jail Standards
that your grievance was received on *2/3/2020*    and filed as grievance # *31373*
This grievance is in reference to    1200 HOUSING DIVISION/1200 JA

**At this time, your grievance is under investigation.**

**Please do not file any further grievances in reference to**
**this matter.**

Grievance Board Member   BDSHELTON                          2/3/2020

*Denial of Medical*

## *INMATE GRIEVANCE BOARD*

# GRIEVANCE RECEIPT

**TO: INMATE** BROOKS        GREGORY WADE

**SPN#** 2753347                           Cell Block:  **5D1B01M**

This is your notification, as required by the Texas Commission on Jail Standards
that your grievance was received on *2/3/2020*    and filed as grievance # *31374*
This grievance is in reference to    MEDICAL SERVICES

**At this time, your grievance is under investigation.**

**Please do not file any further grievances in reference to this matter.**

| Grievance Board Member    BDSHELTON | 2/3/2020 |
|---|---|

# *Disciplinary and Grievance Section*

### *Date: 2/7/2020*

*To Inmate:* **BROOKS, GREGORY WADE**

*SPN#*     **2753347**

*Location*   **JA09     5D1B01**

**FROM:**     **Inmate Grievance Board**

## Your complaint regarding
## MEDICAL SERVICES

has been received by the Grievance Board. After review, it has been
determined this matter *does not*   conform to criteria applicable to a
grievable issue as outlined in the Inmate Handbook, but instead is
a *Medical request*

Your request will be referred to a supervisor. No further action will be
taken by the Grievance Board regarding this matter.

You are required to review and follow the approved Grievance
procedure on all future complaints.

**INMATE GRIEVANCE BOARD**

*INMATE GRIEVANCE BOARD*

# GRIEVANCE RECEIPT

TO: **INMATE** BROOKS          GREGORY WADE

SPN# 2753347                              Cell Block: **5D1B01M**

This is your notification, as required by the Texas Commission on Jail Standards
that your grievance was received on *2/14/2020*   and filed as grievance # *31548*
This grievance is in reference to    1200 HOUSING DIVISION/1200 JA

At this time, your grievance is under investigation.

Please do not file any further grievances in reference to
this matter.

Grievance Board Member    TAGBOGUN                    2/14/2020

*INMATE GRIEVANCE BOARD*

# GRIEVANCE RECEIPT

TO: INMATE  BROOKS          GREGORY WADE

SPN# 2753347                                    Cell Block:  5D1B01M

This is your notification, as required by the Texas Commission on Jail Standards
that your grievance was received on *2/14/2020*   and filed as grievance # *31549*
This grievance is in reference to    1200 HOUSING DIVISION/1200 JA

At this time, your grievance is under investigation.

Please do not file any further grievances in reference to
this matter.

Grievance Board Member   TAGBOGUN                          2/14/2020

# *Disciplinary and Grievance Section*

### *Date: 2/12/2020*

*To Inmate:*  **BROOKS, GREGORY WADE**

*SPN#*       **2753347**

*Location*   **JA09      5D1B01**

**FROM:**      **Inmate Grievance Board**

## Your complaint regarding
## MEDICAL SERVICES

**has been received by the Grievance Board. After review, it has been determined this matter _does not_   conform to criteria applicable to a grievable issue as outlined in the Inmate Handbook, but instead is a *Medical request***

**Your request will be referred to a supervisor. No further action will be taken by the Grievance Board regarding this matter.**

**You are required to review and follow the approved Grievance procedure on all future complaints.**

**<u>INMATE GRIEVANCE BOARD</u>**

# *Disciplinary and Grievance Section*

### *Date: 2/12/2020*

*To Inmate:* **BROOKS, GREGORY WADE**

*SPN#* **2753347**

*Location* **JA09     5D1B01**

**FROM:     Inmate Grievance Board**

## Your complaint regarding
## FOOD SERVICE

has been received by the Grievance Board. After review, it has been determined this matter *does not*  conform to criteria applicable to a grievable issue as outlined in the Inmate Handbook, but instead is a *Kitchen request*

Your request will be referred to a supervisor. No further action will be taken by the Grievance Board regarding this matter.

You are required to review and follow the approved Grievance procedure on all future complaints.

**INMATE GRIEVANCE BOARD**

# *Disciplinary and Grievance Section*

### *Date: 2/12/2020*

*To Inmate:* **BROOKS, GREGORY WADE**

*SPN#*        **2753347**

*Location*    **JA09      5D1B01**

**FROM:      Inmate Grievance Board**


## Your complaint regarding
## CENTRAL RECORDS

has been received by the Grievance Board. After review, it has been
determined this matter *does not*   conform to criteria applicable to a
grievable issue as outlined in the Inmate Handbook, but instead is
a *Central Records request*

Your request will be referred to a supervisor. No further action will be
taken by the Grievance Board regarding this matter.

You are required to review and follow the approved Grievance
procedure on all future complaints.

**INMATE GRIEVANCE BOARD**

# *Disciplinary and Grievance Section*

## *Date: 2/10/2020*

*To Inmate:* **BROOKS, GREGORY WADE**

*SPN#*      **2753347**

*Location*    **JA09**    **5D1B01**

**FROM:**    **Inmate Grievance Board**

## Your complaint regarding
## HOUSING

has been received by the Grievance Board. After review, it has been determined this matter *does not* conform to criteria applicable to a grievable issue as outlined in the Inmate Handbook, but instead is a *Housing request*

Your request will be referred to a supervisor. No further action will be taken by the Grievance Board regarding this matter.

**You are required to review and follow the approved Grievance procedure on all future complaints.**

**_INMATE GRIEVANCE BOARD_**

Gregory Wade Brooks II
Bob CASEY US DiSTRiCT COURThouse                    (Appeal) = 2018
Harris County JaiL

                    (official DocumenT)                    3/4/2020

BiBLe verse: Matthew, 5: 5                    (LOC: JA09-5D1B)

        On Jan, 19, 2018 I was Arrested for TheFT CASE# 2186200+
Evading arrest on foot a state JaiL felony cause # 1577200. I was Picked
up By The constable's and processed at the constables office then transported
To the Harris county Jail. iT was ALL Behind TheFT oF 150 + Then I
ran from the constables. Now at The H.C. J I was Booked as Homeless
+ Indigent. But here's the Problems Thar happened NO P-C-COURT, + more
No Pre Trial service + no court (Period!) Now The 24 hour + 48 hour Law
Apply's here. Both of them were violated. Also their was a High Bond when
I was Booked Homeless + Indigent. 30,000.⁰⁰ DoLLers Bond + 2,000.⁰⁰ or 2,500.⁰⁰
DoLLer Bond on my misd + My felony CASE'S Borh excessive + High Being that
I'm Homeless + Indigent from Booking Records. Now ALL Three of these
CASE number's Apply to this matter. I made a civil Rights complaint and
followed the instructions in the Packet + Made a Breif STATEment STraT to
The Point. Like (Violation of Due Process) + (High Bond) + (7,000,000) Seven
million in Releit to Be Granted for my issue's of my civil Rights + Consti-
Tutional Rights Being violated Here are all Three case's I want reopened
or refiled or Appealed! I've ALL ready contacted Fifth circuit About
This matter!! (Appeal + refile ALL Three case noted underneth)
• H-18-7076 = July 16, 2018-Dissmised = Malicious
• H-18-1408 = May 7, 2018-Dissmised = Malicious
• H-18-1264 = April 23, 2018-Dismissed = failure to state claim

        I would Like To Appeal ALL Three CASE numbers here with one
1983 claim About the Entire matter OK! including This Document it
Should Be Suffient to Appeal + refiled these claims with information!
I'm going to Provide Provisions for releit on the Back of this Page!

Clerk of Court
P.O. Box 61010
Houston TX 77208

Email: gstyleslog@gmail.com                    Email: gstyleslog@yahoo.com

Also i've Brong new civil suits About new & completly Different issue in 2019 & 2020 But the 2018 issue's have Been a Problem. The (PLRA) Prison Litigation Reform Act of 1996 Also has Been an issue & setback About every civil suit i've file while Being Poot & Indigent. Ive Also Been violated By the Harris county courts, & the Harris county Jail & more even the clerk Toke a stab at me. I was Denied my criminal Record several time's while Being indigent via a fee To charge me. Ive mailed All Documents About this matter To the President of the united state's. Because of the fact's involved in this matter I have To Ask for a superviser so to speak (OK) I'm Also a sex offender with a sex offence charge at this time via Several "Ind Exp" charges. I am in imminent DANger of Serious Physical injury Due to my offence via Jail Staff & inmates. I could Be Jumped By Several Guards or inmates, stabed Poisoned or worst. I can't imagine all the possible way's I could Be harmed But I am Afraid. CAUSE #1656516 failure to comply as a registered Sex offender. This is what I ASK in releif!!

$(700) Seven hundred Dollers Per second (from Jan 19, 2018 = untill Releif!)

1. Per minute: $ 42,000⁰⁰

2. Per hour: $ 2,520,000⁰⁰

3. Per Day: $60,480,000⁰⁰        °(10%) Interest: $6,048,000⁰⁰ (24 hours)

4. Per Month: $1,814,400,000⁰⁰

(Provisions)

1 Payable in 30 Days from the Date of filing this civil suit with CASE #S.

2 Payable in (20) Twenty Doller Gold Peace's At face value To The Bank!

3 if Not Paid in Thirty Days, Ten Percent interest will Be Added every (24) hours

4 The times four clover will be Added to this CASE (20 x 4 = 80) example!!

5 I need and up Date on the status of this CASE A.S.A.P Please. (Thanks)!

# Brooks 5E1B

Spn#02753347
TDCJ#02250041

City of Houston        ☑ Contacted 2/23/2020 (1 Letter)
P.O. Box 1562
Houston, TX 77251


**Office of the Texas Governor**  ☑ Contacted 2/23/2020 (1 Letter)
P.O. Box 12428
Austin Texas 78711



Sheila Jackson Lee        ☑ Contacted 2/23/2020 (1 Letter)

Address: 420 W 19th St, Houston, TX 77008

Donald Trump    ☑ 3/6/2020 (every CASE!) "Several Letters!!"
1600 Pennsylvania Ave N. W.
Washington D.C. 20500

U.S. POSTAGE >> PITNEY BOWES

ZIP 77002 $ 002.20⁰
02 4W
0000368784 MAR. 10. 2020.

David J. Bradley, Clerk of Court
MAR 12 2020
F I L E D
Southern District of Texas
United States Courts

David J. Bradley
Clerk of Court
P.O. Box 61010
Houston, TX 77208

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**

Name: Gregory Wade Brooks T

SPN: 02753347 ___ Cell: SD1B

Street 1200 BAKerST

HOUSTON, TEXAS 77002

aramark

INDIGENT